IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTINE CLARK | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICHAEL J. ASTRUE, | : | No. 1:09-cv-192-LDD |
| Commissioner of Social Security | : | |

## **ORDER**

AND NOW, this 29th day of September 2010, upon consideration of the parties' cross-motions for summary judgment, and after careful review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, the objections by Plaintiff Christine Clark to the Report and Recommendation, and the response of Defendant Michael J. Astrue, Commissioner of Social Security to the objections, it is hereby ORDERED that:

1. the Report and Recommendation (Doc. No. 18) is APPROVED and ADOPTED;

2. Defendant's Motion for Summary Judgment (Doc. No. 14) is GRANTED; and

3. Plaintiff's Motion for Summary Judgment (Doc. No. 12) is DENIED.

The Clerk of Court is directed to enter judgment for Defendant Michael J. Astrue, Commissioner of Social Security and statistically close this matter.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.